UNITED STATES of America,
Plaintiff–Appellee

v.

Miguel PEREZ–MARTINEZ, also known as Julio Castillo–Baez, Defendant–Appellant.

No. 06–20942
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 20, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Lourdes Rodriguez, Houston, TX, for Defendant–Appellant.

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Miguel Perez–Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez–Martinez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.